The STEEL STAMPING COMPANY, Appellant, v. The N. N. HILL BRASS COMPANY, Appellee.

No. 56.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Rockwell & Bartholow, of New Haven, Conn. (A. J. Hudson, of Cleveland, Ohio, of counsel), for appellant.

Howson & Howson, of New York City (George D. Seymour, of New Haven, Conn., and Hubert Howson, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below (17 F.Supp. 18).

Tony STRAGA v. UNITED STATES of America.

No. 7341.

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1936.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be, and the same is, dismissed.

STRECKFUS.STEAMERS, Incorporated, a Corporation, Appellant and Cross-Appellee, v. Geneva Dempsey SHUTTLEWORTH, Appellee and Cross-Appellant.

No. 4070.

Circuit Court of Appeals, Fourth Circuit.

Jan. 5, 1937.

Cross-Appeals from the District Court of the United States for the Southern District of West Virginia, at Huntington.

Before PARKER, Circuit Judge.

PER CURIAM.

This court having at its November term, 1936, rendered its decision affirming the judgment of the said District Court appealed from in this cause, 86 F.(2d) 327, and the appellant and cross-appellee having on December 8, 1936, presented to the court a petition for a rehearing of the said cause, and the same having been carefully considered,

It is now here ordered by this court that the rehearing asked for be, and the same is hereby, denied at the cost of the appellant and cross-appellee. Let mandate issue after the expiration of five days from this date.